PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUMIDE OLUSOLA OMOBULEJO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-CV-1000 TLN<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　The United States respectfully requests a 90-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is October 22, 2021. The parties further request that all other filing deadlines be similarly extended.

/ / /

1

Respectfully submitted,

Dated: July 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ JAMES HACKING
JAMES HACKING
Counsel for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: July 7, 2021

Troy L. Nunley
United States District Judge